UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VICEROY HOTELS, L.L.C., a limited liability company,

          Plaintiff,

      v.

AMYN SACHEDINA, an individual, and THE SACH COMPANY, a California corporation d/b/a Viceroy Salon,

          Defendants.

CASE NO. 2:18-cv-01262-ODW-GJS

The Honorable Otis D. Wright II

**CONSENT JUDGMENT**

Plaintiff, Viceroy Hotels, L.L.C. (together with its affiliates, "VHG"), and Defendants Amyn Sachedina and The Sach Company (the "Defendant(s)"), having agreed upon and having stipulated to the entry of judgment in this case, without the right of appeal:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:

1. This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338(a) and (b) and 28 U.S.C. § 1367.

2. Each of the Defendants and all entities under their respective control, as well as any of their respective parents, shareholders, subsidiaries, licensees, partners, assigns, affiliates, related entities, predecessors, successors, employees, officers, directors, members, managers, representatives, trustees, receivers, attorneys, agents, and any other persons or entities acting on behalf of either Defendant or with their authority, shall immediately cease and be permanently enjoined from using the designations VICEROY and VICEROY SALON (or their respective phonetic equivalents), including without limitation in any marketing collateral or social media, on any signage, billboards, business cards, or as a part of any business name and/or domain name. Without limiting the foregoing, Defendants shall immediately destroy all inventory of materials and signage bearing the designation VICEROY or VICEROY SALON or any other designations confusingly similar to VICEROY name and mark (the "VICEROY Marks").

3. Defendants shall immediately transfer ownership of and control over the <viceroysalon.com> domain name to VHG, along with all other domain names directly or indirectly owned by Defendants that are comprised of the designation VICEROY or VICEROY SALON, or any other designations confusingly similar to the VICEROY Marks (collectively, the "Domain Names"). Defendants shall immediately (a) provide VHG's counsel the authorization code(s) to enable the transfer of the Domain Names to VHG, and (b) confirm that any registrar lock on

1 the Domain Names have been removed to facilitate the transfer(s). Defendants
2 shall take whatever other steps that may be required to complete the transfer of the
3 Domain Names.

4      4.      This Consent Judgment shall be binding upon the parties, as well as
5 upon their respective parents, shareholders, subsidiaries, licensees, partners,
6 assigns, affiliates, related entities, predecessors, successors, employees, members,
7 representatives, trustees, receivers, attorneys, agents, and any other persons or
8 entities acting on behalf of or with any party's authority.

9      5.      Each of the parties hereby voluntarily consents to have this Court
10 enter this Consent Judgment. This Court shall retain jurisdiction over this matter
11 for the purposes of enforcing this Consent Judgment and for the punishment of any
12 violations thereof.  Without limiting any of its other rights or remedies at law or
13 equity, VHG expressly reserves any and all claims, demands, damages, actions,
14 causes of action or suits of any kind or nature whatsoever that it may have against
15 Defendants arising from Defendants' violation of the terms of this Consent
16 Judgment or that certain Settlement Agreement between the Parties dated as of
17 March 15, 2018.

18      6.      If the Court finds that this Consent Judgment has been violated, VHG
19 shall be entitled to pursue any and all remedies for such violation available under
20 the law, including sanctions.

21      The Clerk of the Court shall close the case.

22 IT IS SO ORDERED:

23 Dated:  March 16, 2018

24

25 _____

26 The Honorable Otis D. Wright, II
   United States District Judge

27

28

2